United States District Court
Eastern District of California

KRISTY WILCE

Plaintiff(s)

V.

WILLOW HEALTH SERVICES, INC.,

Defendant(s)

Case Number: 2:26-cv-02465 DAD AC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lucas Coughlin hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Kristy Wilce

On 05/08/2024 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/02/2026

Signature of Applicant: /s/ Lucas Coughlin

**Pro Hac Vice Attorney**

Applicant's Name: Lucas Coughlin

Law Firm Name: Almeida Law Group

Address: 849 W. Webster Avenue

City: Chicago State: IL Zip: 60614

Phone Number w/Area Code: (339) 364-1915

City and State of Residence: Chicago, Illinois

Primary E-mail Address: luke@almeidalawgroup.com

Secondary E-mail Address: luke@almeidalawgroup.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Victor J. Sandoval

Law Firm Name: Almeida Law Group

Address: 3415 S. Sepulveda Blvd Ste 1121

City: Los Angeles State: CA Zip: 90034

Phone Number w/Area Code: (562) 534-5907 Bar # 344461

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 2, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT